IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| JERMAINE BRINKLEY, | § | |
| | § | No. 34, 2021 |
| Defendant Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Cr. ID. No: K1412017874 |
| STATE OF DELAWARE, | § | |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 14, 2021
Decided: July 26, 2021

Before **VALIHURA, VAUGHN,** and **TRAYNOR**, Justices.

## O R D E R

This 26th day of July, 2021, after careful consideration of the parties' briefs and the record on appeal, it appears to the Court that the judgment of the Superior Court should be affirmed on the basis of its order dated January 4, 2021 which adopted the Commissioner's Report and Recommendation dated October 1, 2020.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

*/s/ Gary F. Traynor*
Justice